UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE CAPRIATA,

                Movant,

v.

UNITED STATES OF AMERICA,

                Respondent.

12-cr-712 (SHS)
16-cv-4649 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

This 28 U.S.C. § 2255 action having been initiated by a "placeholder" petition dated June 17, 2016 (ECF No. 614), pursuant to the Court's Standing Order on petitions under 28 U.S.C. §§ 2255 and 2241 in light of *Johnson v. United States*, 135 S. Ct. 2551 (2015), it is HEREBY ORDERED that:

1. Movant shall supplement the "placeholder" petition by filing a memorandum of law on or before October 8, 2020;

2. The government shall respond to the motion on or before October 22, 2020;

3. Any reply by movant is due on or before October 29, 2020.

Dated: New York, New York
September 25, 2020

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.